UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Hung Thanh Vo

     v.                                                    Civil No. 1:25-cv-00533

Todd Lyons, et al.

**PRELIMINARY ORDER**

     The Court has reviewed the petition for habeas corpus under 28 U.S.C. § 2241 (doc. no. 1). The U.S. Magistrate Judge's review process is underway, and presumably a service of process order will issue shortly.

     **Record.** On or before Dec. 19, 2025, the parties shall provide the court with any additional documentation relating to the petitioner's past and present immigration detentions, including but not limited to (i) the order of removal entered on or about Nov. 23, 2009; and (ii) documentation reflecting any determination that has been made regarding petitioner's eligibility for custody redetermination.

     **Transfer.** Petitioner shall not be transferred outside the District of New Hampshire or outside the jurisdiction of the United States unless the government provides advance notice of the intended move. Such notice shall be filed in writing on the docket of this proceeding, and shall state the reason for the necessity of such action and why the move should not be stayed pending further court proceedings. Once that notice has been docketed, the petitioner shall not be moved out of the district of his detention for a period of at least 72 hours from that docketing.

     **SO ORDERED.**

Joseph N. Laplante
United States District Judge

Dated: December. 12, 2025

cc:    Counsel of Record