## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Hung Thanh Vo

v.

Case No. 25-cv-533-JL-TSM

US Immigration and Customs Enforcement, Acting
Director, et al

### ORDER

The petition for writ of habeas corpus is granted. The Respondents are ordered to release Hung Thanh Vo, A072-625-913 from detention at the Strafford County House of Corrections today.

A full written order will issue on or before January 27, 2026.

The petitioner's release is subject to the conditions of his 2010 order of ICE supervised release.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: January 23, 2026

cc:   Counsel of Record